HARVEY P. SACKETT (72488)

*E-Filed 4/20/10*

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD A. WYANT, | ) Case No:  09-01723 RS |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND ORDER |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Monday, May 24, 2010 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by the number of other cases (6) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO |
| 2 | United States Attorney |
| | |
| 3 | |
| 4 | Dated: April 19, 2010         /s/ |
| 5 |                                         TIMOTHY R. BOLIN |
| |                                         Special Assistant U.S. Attorney |

Dated: April 19, 2010         /s/
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        RICHARD A. WYANT

IT IS SO ORDERED.

Dated:   4/20/10

*[signature: Richard Seeborg]*

HON. RICHARD SEEBORG
United States xxxxxxxxxxx Judge
                District

STIPULATION AND ORDER

2