*E-Filed 7/12/10*

JOSEPH P. RUSSONIELLO, SBN CA 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Social Security Administration Regional Chief Counsel, Region IX
TIMOTHY R. BOLIN, SBN CA 259511
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105-2102
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov

Attorneys for Defendant
Michael J. Astrue, Commissioner of Social Security

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD A. WYANT,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 3:09-cv-01723-RS<br><br>**AMENDED STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT;** [PROPOSED] **ORDER** |

    THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and with the approval of the Court, that Defendant agrees to a voluntary remand of this case per sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the Administrative Law Judge to do the following:

    1. Conduct a new hearing, further develop the record and issue a new decision;

    2. Address the medical opinions, giving appropriate weight to the opinions of the treating physicians where warranted;

3. Provide a residual functional capacity finding consistent with all evidence of record;

4. Reassess the claimant's credibility; and

5. Obtain new vocational expert testimony. Specifically, the Administrative Law Judge (ALJ) shall obtain supplemental vocational expert testimony. Such testimony should provide reasonable explanations for any conflicts between the testimony and the United States Department of Labor's *Dictionary of Occupational Titles*. It should also cite jobs (if any) that an individual of Plaintiff's age, education, work experience, and residual functional capacity could perform.

Dated: July 9, 2010          By:    SACKETT AND ASSOCIATES

                                     /s/ Harvey P. Sackett*
                                    HARVEY P. SACKETT
                                    *By email authorization

                                    Attorneys for Plaintiff


Dated: July 9, 2010                 JOSEPH P. RUSSONIELLO
                                    United States Attorney
                                    LUCILLE GONZALES MEIS
                                    Social Security Administration
                                    Regional Chief Counsel, Region IX

                             By:    /s/ Timothy R. Bolin
                                    TIMOTHY R. BOLIN
                                    Special Assistant United States Attorney

                                    Attorneys for Defendant

**THE COURT APPROVES THE FOREGOING STIPULATION AND SO ORDERS.**

Dated:  7/12/10
                                    _____
                                    HONORABLE RICHARD SEEBORG
                                    United States Magistrate Judge


*Wyant v. Astrue*, Case No. 3:09-cv-01723-R: Amended Stipulation; [Proposed] Order