*E-Filed 8/23/10*

MELINDA L. HAAG
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
TIMOTHY R. BOLIN, SBN CA 259511
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: 415-977-8982
    Facsimile: 415-744-0134
    Email: timothy.bolin@ssa.gov

Attorneys for Defendant
Michael J. Astrue, Commissioner of Social Security

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD A. WYANT, | Case No. 3:09-cv-01723-RS |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    THE PARTIES HEREBY STIPULATE, through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SIX THOUSAND DOLLARS ($6,000.00). This amount represents compensation for all legal services that counsel rendered on Plaintiff's behalf in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

    After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, - S.Ct. - , 2010 WL 2346547 (U.S. June 14, 2010), the ability to honor the assignment

1  will depend on whether the fees are subject to any offset allowed under the United States
2  Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the
3  government will determine whether they are subject to any offset.
4      Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
5  that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees,
6  expenses, and costs to be made directly to Plaintiff's counsel, Harvey P. Sackett, pursuant to the
7  assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.
8      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
9  attorney fees, not an admission of liability on the part of Defendant under the EAJA. Payment of
10 the agreed amount shall constitute a complete release from—and bar to—any and all claims that
11 Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees in connection with
12 this action.
13     This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security
14 Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

15

16     Respectfully submitted,

17 Date: *August 17, 2010*   By:   SACKETT AND ASSOCIATES
    */s/ Harvey P. Sackett*\*
18     HARVEY P. SACKETT
19     *\*By email authorization*

20     Attorney for Plaintiff

21

22 Dated: *August 17, 2010*   MELINDA L. HAAG
    United States Attorney
23     LUCILLE GONZALES MEIS
    Social Security Administration
24     Regional Chief Counsel, Region IX

25

26     By:   */s/ Timothy R. Bolin*
    TIMOTHY R. BOLIN
27     Special Assistant United States Attorney

28     Attorneys for Defendant

*Wyant v. Astrue*, Case No. 3:09-cv-01723-RS: Stipulation and ~~Proposed~~ Order

## ORDER

**THE COURT ORDERS** the award of EAJA fees in the amount of SIX THOUSAND DOLLARS ($6,000.00), subject to the terms of the foregoing stipulation.

Dated: 8/23/10

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge

*Wyant v. Astrue*, Case No. 3:09-cv-01723-RS: Stipulation and ~~Proposed~~ Order